UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09-CR-39 |
| | ) | |
| JAMES T. HUFF | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 18, 2009 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant James Huff's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:  July 7, 2009

                         /s/ Robert L. Miller, Jr.
                         Chief Judge
                         United States District Court